*Euphrasie Barbier, by her next friend,* v. *Jacques A. P. Barbier.* R. Lockwood, for appellant; N. Hill, jun. for respondent. Order of the vice chancellor of the first circuit denying application for an attachment affirmed with costs to be paid by next friend of appellant.